Prob 12C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR
OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Ramon Michael CLARK |
| **Docket Number:** | 2:08CR00247-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable John A Mendez<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 12/09/2008 |
| **Original Offense:** | 18 USC 922(g)(1) - Felon in Possession of Ammunition (CLASS C FELONY) |
| **Original Sentence:** | 10 months custody of Bureau of Prisons; 36 month term of supervised release; $100 special assessment. |
| **Special Conditions:** | Submit to search; Participate in drug or alcohol treatment; Participate in drug or alcohol testing; Aftercare co-payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 03/20/2009 |
| **Assistant U.S. Attorney:** | Phillip Ferrari    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Alexandra P. Negin    **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

**RE:   Ramon Michael CLARK**
      **Docket Number:  2:08CR00247-01**
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

### PETITIONING THE COURT

**( X )  OTHER:**  Superseding petition to be filed and the matter be heard on the previously scheduled date of December 15, 2009, at 9:30 a.m.

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**       **Nature of Violation**

**Charge 1:**           **NEW LAW VIOLATION**

On August 1, 2009, the offender was arrested by Santa Ana, California police officers and charged with a violation of California Penal Code section 653.23 - Aiding and Abetting Prostitution.  This conduct is in violation of the offender's standard condition of supervision that he not commit another federal, state or local crime.

**Charge 2:**           **LEAVING THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER**

The offender was arrested in Santa Ana, California, which is located in Orange County, Central District of California, on August 1, 2009, and charged as outlined in charge 1 of the petition. The offender had not asked for nor was given permission to travel out of the Eastern District of California.  This is in violation of Standard Condition Number 1 which states:  The defendant shall not leave the judicial district without permission of the Court or probation officer.

RE:     **Ramon Michael CLARK**
        **Docket Number:  2:08CR00247-01**
        **PETITION FOR WARRANT OR SUMMONS**
        **FOR OFFENDER UNDER SUPERVISION**

**Charge 3:**            **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

On March 25, 2009, the offender was referred to the Probation Office's outpatient contract urine testing facility, The Effort, Inc. On October 29, 2009, the offender submitted a urine specimen to staff at The Effort which was forwarded to Kroll Laboratory Specialists, Inc. under Specimen ID Number B01499014. This sample was tested and found positive for Cocaine Benzoylecgonine. This is in violation of the offender's standard conditions of supervision which states: The defendant shall refrain from any unlawful use of a controlled substance.

**Charge 4:**     **FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING**

On March 25, 2009, the offender was referred to the Probation Office's outpatient contract urine testing facility, The Effort, Inc. On the following dates the offender was scheduled for urine testing appointments and failed to show for his scheduled appointments: September 27, October 21, October 22, and November 15, 2009. This is in violation of the offender's Special Condition Number 3 which states: As directed by the probation office, the defendant shall participate in a program of testing to determine if he as reverted to the use of drugs or alcohol.

**Justification:**   The offender began his three year term of supervised release on March 20, 2009. He is residing with his brother and his brother's children on 8th Avenue in Sacramento. For March, April, and May of 2009, the offender was employed as an in-home service provider for his disabled brother and was paid through the state making $10.00 per hour. Presently, the offender indicates that he is a full-time student presently enrolled at Sacramento City College.

On August 1, 2009, the offender was arrested by Santa Ana, California Police Department vice officers, who were working in an undercover capacity near Hazard and Harbor Boulevards. During surveillance, officers identified the offender, along with co-defendant, Eric McKinley. Both subjects were together and officers observed them several times yelling at females in the area who were identified as prostitutes. The offender was observed for 30 minutes and his behavior did not change. The officers noted that on one occasion they heard the offender yell to a female "Yeah, bitch you

**RE:   Ramon Michael CLARK**
         **Docket Number:  2:08CR00247-01**
         **PETITION FOR WARRANT OR SUMMONS**
         **FOR OFFENDER UNDER SUPERVISION**

better get out there and make me some fucking money." Officers then determined that the behavior was becoming more aggressive at which time the officers formed an opinion that both the offender and the associate were aiding and abetting prostitution in the area.

The offender appeared for his scheduled court hearing on November 17, 2009. It was then, that the offender was confronted with the information contained in Charges 3 and 4 of superseding petition. The undersigned recommended to the Court that the offender be detained following this court appearance based on the recent indication of drug use and no-shows for testing. Your Honor indicated that he would defer the matter to the Magistrate Court.

The undersigned spoke with the offender on December 19, 2009, at which time the offender admitted to use and requested assistance. He was referred for twice per month individual counseling, as well as weekly drug group counseling services.

   **Custody Status/Location** - N/A
   **Booking/CDC Number -**  N/A

**Bail/Detention:**  As noted above, the offender is constructively addressing some of the violation issue which are noted in the superseding petition. He has been referred to individual and group substance abuse counseling sessions and will be further monitored for compliance.

The Court previously requested that the matter regarding release or detention be heard before the Magistrate Court. However, the offender has requested assistance from the Probation Office and has been referred for individual and group substance abuse counseling and appears more amenable to services provided by the Probation Office. Because of this, the undersigned is no longer requesting that the offender be detained, and therefore is not requesting the matter be put before the Magistrate Judge for the issue of release or detention.

RE: **Ramon Michael CLARK**
   **Docket Number: 2:08CR00247-01**
   **PETITION FOR WARRANT OR SUMMONS**
   <u>**FOR OFFENDER UNDER SUPERVISION**</u>

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:   November 19, 2009
   Sacramento, California
   GPS/cp

   Respectfully submitted,

   /s/Glenn P. Simon
   **GLENN P. SIMON**
   **United States Probation Officer**
   Telephone: (916) 930-4306

**REVIEWED BY**:   /s/Kyriacos M. Simonidis
   **KYRIACOS M. SIMONIDIS**
   **Supervising United States Probation Officer**

**RE:    Ramon Michael CLARK**
       **Docket Number:  2:08CR00247-01**
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( )    The issuance of a warrant    ( )    Bail set at $ _____    ( )    No Bail

( )    The issuance of a summons (copy to Defense Counsel).

( X )  Other:   Superseding petition to be filed and the matter be heard on the previously scheduled date of December 15, 2009, at 9:30 a.m.

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( )    Defendant is ordered detained, to be brought before District Judge forthwith.

( )    Initial appearance and detention hearing before Magistrate Judge.

| 11/20/2009 | /s/ John A. Mendez |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Phillip Ferrari, Assistant United States Attorney
      Alexandra P. Negin, Defense Counsel

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                        **RE:**    **Ramon Michael CLARK**
                                                          **Docket Number:   2:08CR00247-01**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **NEW LAW VIOLATION**

    **A.**    **Evidence:**

        (1)    Santa Ana Police Department Arrest Report Number 09-26641.

        (2)    Orange County Municipal Court Docket Number 09CM08771.

    **B.**    **Witnesses:**

        (1)    Officers from the Santa Ana Police Department will testify as to the defendant's conduct regarding Arrest Report Number 09-26641.

Rev. 10/2009
VIOLATION__PETITION
(PROB12C-TSR) (ND).MRG

RE: **Ramon Michael CLARK**
Docket Number:   2:08CR00247-01
<u>STATEMENT OF EVIDENCE</u>

**Charge 2:**   **LEAVING THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER**

    A.   **Evidence:**

        (1)   Santa Ana Police Department Arrest Report Number 09-26641.

    B.   **Witnesses:**

        (1)   United States Probation Officer Glenn P. Simon will testify that the offender was not given permission to be out of the judicial district on August 1, 2009.

**Charge 3:**   **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

    A.   **Evidence:**

        (1)   Kroll Laboratory Specialists, Inc.'s result from Specimen ID Number B01499014 reflecting that the test collected from the offender dated October 29, 2009, was returned positive for Cocaine Benzoylecgonine.

    B.   **Witnesses:**

        (1)   Staff at The Effort, Inc., will testify as to the chain of custody and collection procedures.

RE:    **Ramon Michael CLARK**
       Docket Number:    **2:08CR00247-01**
       <u>STATEMENT OF EVIDENCE</u>

Charge 4:     **FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING**

    A.     Evidence:

        (1)    None.

    B.     Witnesses:

        (1)    Staff at The Effort, Inc. will testify that the offender was scheduled for urine testing and failed to show on September 27, October 21, October 22 and November 15, 2009.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

DATED:    November 19, 2009
           Sacramento, California
           GPS/cp

REVIEWED BY:    /s/Kyriacos M. Simonidis
                      **KYRIACOS M. SIMONIDIS**
                      **Supervising United States Probation Officer**

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**   Ramon Michael CLARK          **Docket Number:**  2:08CR00247-01

**Date of original offense:**   03/03/2008

**Original term of supervised release imposed:**   3 years

**Highest grade of violation alleged:**   C

**Criminal History Category of offender:**   I

**Chapter 7 range of imprisonment:**   3 to 9 months

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

| | |
|---|---|
| ___ | **Class A felony - 5 years (or stat max of __ years if longer)** |
| ___ | **Class B felony - 3 years** |
| _X_ | **Class C and/or D felony - 2 years** |
| ___ | **Class E felony and misdemeanors - 1 year** |

**Violation requires mandatory revocation:  YES:** ___   **NO:**  _X_

**Original offense committed on or after 04/30/2003**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

### MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

November 19, 2009
GPS/cp